

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00330-CV

Adam **TOSTADO**,
CHITONIO ENTERPRISES, LLC d/b/a A Tostado Corporation
d/b/a ATC Tax & Business Solutions,
Appellants

v.

**A.J. PELLETIER ENTERPRISES, INC.**, d/b/a Creative Business Solutions,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-22108
The Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We order that all costs of appeal, if any, shall be borne by the party that incurred them.

SIGNED June 27, 2018.

_____
Marialyn Barnard, Justice